## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JUSTIN RYAN LONG,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | )   CIV-06-895-R |
| | ) |
| **ED EVANS, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

### O R D E R

On August 28, 2006, United States Magistrate Judge Gary M. Purcell entered a Report and Recommendation [Doc. No. 7] recommending that Petitioner's motion for leave to proceed *in forma pauperis* be denied and that this action be dismissed without prejudice unless Petitioner paid the filing fee in full to the Court Clerk by September 18, 2006. Upon the Court's receipt of a letter from Petitioner on September 11, 2006 [Doc. No. 8], the Court entered an Order [Doc. No. 9] holding the Report and Recommendation in abeyance and granting Petitioner an extension of time until October 18, 2006 in which to pay the filing fee. Petitioner has still not paid the filing fee nor has he sought or been granted another extension of time in which to do so. Therefore, the Report and Recommendation [Doc. No. 7] of the Magistrate Judge is ADOPTED in its entirety, Petitioner's motion to proceed *in forma pauperis* is DENIED, and this case is DISMISSED without prejudice for failure to pay the filing fee.

It is so ordered this 31st day of October, 2006.

/s/ David L. Russell
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE